## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625 (1 & 3) | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. Carlos A. Cruz and Alexander Vasquez, Jr. | | |

**DOCKET ENTRY TEXT**

Defendants waive right to detention hearing without prejudice. Defendants are ordered detained until further order of court.

Docketing to mail notices.

00:5

2008 AUG 11 AM 9:05
CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|