*Felony*

*C/3*

**08 CR 625**



**JUDGE NORGLE**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

F I L E D
SEP X 4 2008  09-04-08
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**MAGISTRATE JUDGE COLE**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐    YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 625 - United States of America v. Carlos A. Cruz, Joel D. Perez, and Alexander Vasquez, Jr., Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO X    YES ☐

6) What level of offense is this indictment or information?    FELONY X    MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO X    YES ☐

8) Does this indictment or information include a conspiracy count?    NO X    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ............ (II) | X DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities ... (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
| ☐ Burglary ............... (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ............ (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 21 USC §846

_____
Stephen Chahn Lee
Assistant United States Attorney

(Revised 12/99)