UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 625 |
| v. | ) | |
| | ) | Violations: Title 21, United States Code, |
| CARLOS A. CRUZ, | ) | Section 846 |
| also known as "Tony;" | ) | **JUDGE NORGLE** |
| JOEL D. PEREZ; and | ) | |
| ALEXANDER VASQUEZ, JR. | ) | **MAGISTRATE JUDGE COLE** |

**FILED**
09-04-08
SEP X 4 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____
STEPHEN CHAHN LEE
Assistant U.S. Attorney
312-353-4127